**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Darrin Stewart,

        Plaintiff,                                     Civil No. 08-6085 (RHK/SRN)

vs.

                                                   **ORDER**

Warden M. Cruz,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: November 25, 2008

                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge