# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Darrin Stewart,  Civil No. 08-6085 (RHK/SRN)

        Petitioner,

**ORDER**

v.

M. Cruz, Warden of FPC Duluth,

        Respondent.

___

This matter is before the Court on the May 4, 2009, Report and Recommendation (R&R) of United States Magistrate Judge Susan Richard Nelson and Petitioner's Objections thereto. The Court has conducted a de novo review of the R&R and Petitioner's Objections and is satisfied that Judge Nelson's recommended disposition is fully supported by the record before her and controlling legal authorities.

Accordingly, **IT IS ORDERED**:

1. Petitioner's Objections (Doc. No. 26) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 25) is **ADOPTED**; and

3. The Petition for Habeas Corpus Relief (Doc. No. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE.**

Dated: June 8, 2009

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge